FILED
05 AUG 16 AM 9:52
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROSALIND FRANKLIN, | ) | CASE NO. 1:04CV2272 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| -vs- | ) | |
| | ) | |
| CLEVELAND PUBLIC LIBRARY, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |

Counsel for the parties hereby stipulate and agree that the lawsuit be dismissed with prejudice and that the parties shall bear their respective costs.

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF, LLP

By: _____
HOWARD A. LEVY
Attorney for Defendant

STEPHEN G. THOMAS & ASSOCIATES
CO., LPA

By: _____
STEPHEN G. THOMAS
Attorney for Plaintiff

IT IS SO ORDERED.

_____
HONORABLE PATRICIA A. GAUGHAN